**LAW OFFICES OF DAVID A. ELDEN**
Bar Number 46684
Trident Center
11377 West Olympic Blvd.
Tenth Floor
Los Angeles, CA 90064

Attorney for Defendant
**VOLODIA AKOPIAN**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>**VOLODIA AKOPIAN**<br><br>          Defendant. | CASE NO: CR. F. 04-5153 AWI<br><br>STIPULATION AND ORDER CONTINUING SENTENCING DATE |

Plaintiff, United States of America, by and through its counsel of record Assistant United States Attorney Dawrence Rice, and defendant **VOLODIA AKOPIAN**, by and through his counsel of record, David A. Elden, hereby jointly submit the following Stipulation and proposed Order.

IT IS HEREBY STIPULATED and AGREED by and between both parties to this action that the Hearing of **VOLODIA AKOPIAN** currently set for February 28, 2005 at 8:30 a.m. be continued to March 14, 2005 at 8:30 a.m., or as soon thereafter as the court may order. This request is due to the fact that additional time is needed to work out the final details of the plea agreement.

Dated: February 24, 2005          /s/Dawrence W. Rice, Jr.
                                  **DAWRENCE RICE**
                                  Assistant United States Attorney

Dated: February 24, 2005          /s/David A. Elden
                                  **DAVID A. ELDEN**
                                  Attorney for Defendant
                                  **VOLODIA AKOPIAN**

**IT IS SO ORDERED.**

Good cause being shown, the matter is hereby continued to March 14, 2005 or as soon thereafter as the court may order.

Dated:_____

                                          _____
                                          **ANTHONY W. ISHII**
                                          United States District Court Judge

**DAVID ELDEN**
Attorney at Law
11377 W Olympic Blvd
10th Floor
Los Angeles, CA 90064