1 | NASER J. KHOURY, ESQ. (152907)
2 | LAW OFFICES OF NASER J. KHOURY
  | 14427 SYLVAN STREET
  | VAN NUYS, CA 91401-2649
3 |
4 | TELEPHONE: (818) 654-0001
  | FACSIMILE: (818) 654-0007
5 |
  | Attorney for VOLODIA AKOPIAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE ESTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 04-CR-5153 AWI |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXONERATE BOND** |
|  | ) **AS TO DEFENDANT VOLODIA** |
| vs. | ) **AKOPIAN; ORDER** |
| VOLODIA AKOPIAN, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Dawrence W. Rice, and defendant Vododia Akopian, by and through his counsel of record, Naser J. Khoury, hereby Stipulate that the Appearance Bond with justification and Affidavit of Surety and full deeding of property, in the amount of $650,000.00, be exonerated.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 11, 2005

 /s/Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

1  DATED: July 11, 2005

2  　　　　　　　　　　　　　　　　　　　  /s/ Naser J. Khoury
　　　　　　　　　　　　　　　　　　　　 NASER J. KHOUR
3 　　　　　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　 Volodia Akopian

# O R D E R

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the $650,000.00 Appearance Bond for defendant Volodia Akopian be exonerated forthwith.

IT IS SO ORDERED.

**Dated:   July 11, 2005**　　　　　　　　　　　　 **/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

2