NASER J. KHOURY, ESQ. (152907)
LAW OFFICES OF NASER J. KHOURY
14427 SYLVAN STREET
VAN NUYS, CA 91401-2649

TELEPHONE: (818) 654-0001
FACSIMILE: (818) 654-0007

Attorney for VOLODIA AKOPIAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE ESTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VOLODIA AKOPIAN,<br><br>　　　　　Defendant. | CR. NO.  04-CR-5153 AWI<br><br>**STIPULATION TO RETURN PASSPORTS TO DEFENDANT VOLODIA AKOPIAN, HIS WIFE AND DAUGHTER; ORDER** |

　　　　Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Dawrence W. Rice, and defendant Volodia Akopian, by and through his counsel of record, Naser J. Khoury, hereby Stipulate that the following passports:  1). Passport #56378740 for defendant Volodia Akopian, receipt #200460; 2). Passport #303544277 for Agavani Akopian, receipt #200461; and 3). Passport #303593080 for Dianna Akopian, receipt #200462, that were surrendered to the court on November 1, 2004 as part of a court order regarding the Appearance Bond with justification and Affidavit of Surety be returned to the defendant Volodia Akopian and his wife Agavani Akopian and his daughter Dianna Akopian, as the defendant having been sentenced and the bond was exonerated.

///

///

///

IT IS SO STIPULATED.

                                          Respectfully submitted,

DATED: October 19, 2005

                                          /s/Dawrence W. Rice, Jr.
                                          DAWRENCE W. RICE, JR.
                                          Assistant United States Attorney
                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA

DATED: October 19, 2005

                                          /s/ Naser J. Khoury
                                          NASER J. KHOURY
                                          Attorney for Defendant
                                          Volodia Akopian

## O R D E R

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the following passports: 1). Passport #56378740 for defendant Volodia Akopian, receipt #200460; 2). Passport #303544277 for Agavani Akopian, receipt #200461; and 3). Passport #303593080 for Dianna Akopian, be returned to the defendant Volodia Akopian and his wife Agavani Akopian and his daughter Dianna Akopian forthwith.

IT IS SO ORDERED.

**Dated:   October 25, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE